**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

DTM,

        Petitioner,

        v.

WARDEN of the GOLDEN STATE ANNEX DETENTION FACILITY;

TONYA ANDREWS, in her official capacity as Administrator of Golden State Annex;

SERGIO ALBARRON, in his official capacity as field director of San Francisco Field Office of United States Immigration & Customs Enforcement;

TODD BLANCHE, in his official capacity as acting US Attorney General; and

MARKWAYNE MULLIN, in his official capacity as Director of the US Department of Homeland Security,

        Respondents.

Case No. 1:26-CV-04713-KES-EGC

Doc. 5

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO FILE UNDER SEAL**

Upon consideration of the Petitioner's motion for leave for Petitioner to proceed under pseudonym, and for an order requiring any information that could lead to the identification of the Petitioner to be filed under seal, it is hereby ORDERED that the motion is GRANTED, and the Petitioner may proceed herein under pseudonym, and it is further ORDERED that any document revealing Petitioner's identity or details that could lead to revealing his identity be filed under seal.

IT IS SO ORDERED.

Dated: ___June 29, 2026___

_____
UNITED STATES DISTRICT JUDGE

- 1 -